# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Lea B Strickler**                                   Case No.  **19-12421**
                    Debtor(s)                                Chapter   **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Lea B Strickler**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

[✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

[ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **April 15, 2019**                    Signature _____
                                                     **Lea B Strickler**
                                                     Debtor