Certificate Number: 05781-PAE-DE-033163971

Bankruptcy Case Number: 19-12421



05781-PAE-DE-033163971

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>July 26, 2019</u>, at <u>9:51</u> o'clock <u>AM PDT</u>, <u>Lea Strickler</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>July 26, 2019</u>

By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>