United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-12421-amc
Lea B. Strickler                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS            Page 1 of 2            Date Rcvd: Aug 12, 2019
                            Form ID: 152              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db              +Lea B. Strickler,    404 Green Terrace,    Reading, PA 19601-2884
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
14307923        +Aes/pnc Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14307924        +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
14307925        +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
14307926        +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4927
14351068        +ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
14307927         ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
14307928        +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
14307929        +KML Law Group,    Suite 6000 BNY Mellon Ind. Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14357724        +PA Housing Finance Agency,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14321756        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14307934        +Reading Area Water Authority,    1801 Kutztown Road,    Reading, PA 19604-1515
14345210         U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:42:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2019 03:42:37      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14307930        +E-mail/Text: Bankruptcies@nragroup.com Aug 13 2019 03:43:13      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
14307931        +E-mail/Text: blegal@phfa.org Aug 13 2019 03:42:21      PHFA,    211 N. Front Street,
                 PO Box 15530,    Harrisburg, PA 17105-5530
14346268         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2019 04:00:03
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14358565        +E-mail/Text: blegal@phfa.org Aug 13 2019 03:42:21      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14346192         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2019 03:58:26
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14307932         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2019 04:00:14
                 Pinnacle Credit Services, LLC,    PO Box 10587,   Greenville, SC 29603-0587
14307933        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2019 03:58:35
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
14307935         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2019 03:57:02      T-Mobile,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14334678*       +Reading Area Water Authority,    1801 Kutztown Road,    Reading, PA 19604-1515
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: BarbaraS             Page 2 of 2                Date Rcvd: Aug 12, 2019
                              Form ID: 152               Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Debtor Lea B. Strickler CourtNotices@rqplaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lea B. Strickler
    Debtor(s)

Case No: 19−12421−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/3/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

21
Form 152