**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Lea B. Strickler, | : | Chapter 13 |
| Debtor | : | Case No.: 19-12421-amc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and November 13, 2019 was forwarded to the following parties, as follows:

*Via First Class Mail, Postage Pre-Paid on November 13, 2019:*

Reading Area Water Authority
1801 Kutztown Road
Reading, PA 19604

*Via Electronic Filing (ECF) on November 13, 2019:*

Leon P. Haller on behalf of Creditor Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

Kevin G. McDonald on behalf of Creditor Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman
ecfmail@readingch13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

**ROSS, QUINN & PLOPPERT, P.C.**

By:     */s/ Joseph Quinn*_____
         Joseph Quinn, Esquire
         Attorney I.D. No. 307467
         192 S. Hanover Street, Suite 101
         Pottstown, PA 19464
         T: 610.323.5300
         F: 610.323.6081
         jquinn@rqplaw.com

Date:  November 13, 2019         Counsel for Debtor

1