| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-12421-PMM**

LEA  B.  STRICKLER
404 GREEN TERRACE
READING  PA    19601

Petition Filed Date: 04/15/2019
341 Hearing Date: 05/28/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/10/2019 | $120.00 | Automatic Payr | 07/11/2019 | $120.00 | Automatic Payr | 08/13/2019 | $120.00 | Automatic Payr |
| 09/18/2019 | $120.00 | Automatic Payr | 10/10/2019 | $120.00 | | 10/15/2019 | $120.00 | |
| 11/12/2019 | $120.00 | | 12/10/2019 | $218.00 | | 01/10/2020 | $218.00 | |
| 02/10/2020 | $218.00 | | 03/10/2020 | $218.00 | | 04/10/2020 | $218.00 | |
| 05/11/2020 | $218.00 | | 06/11/2020 | $218.00 | | 07/10/2020 | $218.00 | |
| 08/10/2020 | $218.00 | | | | | | | |

**Total Receipts for the Period:  $2,802.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,802.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,802.00 | Current Monthly Payment: | $218.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($218.00) |
| Paid to Trustee: | $264.20 | Total Plan Base: | $12,394.00 |
| Funds on Hand: | $2,537.80 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.