### UNITED STATES BANKRUPCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: Lea B. Strickler | | Chapter 13 |
| Debtor(s) | | BK No. 19-12421-pmm |

### O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00.**

3. Expenses are **ALLOWED** in favor of the Applicant in the amount of **$25.00.**

4. The Trustee shall distribute the allowed amounts as an administrative expense, **less $700.00** already paid, to the extent permitted by the confirmed Plan.

Dated: 8/28/20

BY THE COURT:

*Patricia M. Mayer*

HON. PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE