IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Lea B. Strickler, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-12421-pmm |

## **CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Lea B. Strickler, hereby certify that a true and correct copy of the Motion to Approve the Mortgage Loan Modification Agreement along with Notice of Motion electronically filed on February 19, 2021 has been served upon the following by the means stated:

***Via Electronic Filing (ECF) on February 19, 2021:***
Leon P. Haller on behalf of Creditor Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

Kevin G. McDonald on behalf of Creditor Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman
ecfmail@readingch13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

***Via U.S.P.S first class mail on February 19, 2021:***

All other creditors not otherwise notified by means of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By:  */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
JQuinn@rqplaw.com
Counsel for Debtor

Date:  February 19, 2021