IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Lea B. Strickler,                :    Chapter 13
                    Debtor        :    Bankruptcy No.: 19-12421-pmm

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Lea B. Strickler., Debtor in the above-captioned matter.

2. That a Motion to Approve a Mortgage Loan Modification by and between Debtor and Pennsylvania Housing Finance Agency was filed with this Court on February 19, 2021.

3. That a copy of the Motion and Notice of Motion was served upon parties in interest on February 19, 2021.

4. A certificate of service was filed with the Court on February 19, 2021 declaring timely service to the above-referenced parties.

5. A response deadline was set as March 11, 2021.

6. No response to said Motion has been received as of March 11, 2021.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn,*
    Joseph L. Quinn,
    Esquire Attorney for
    Debtor
    192 S Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300
    F:  (610) 323-6081

Dated: March 16, 2021