IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Lea B. Strickler, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-12421-pmm |

## **ORDER**

AND NOW, after notice and opportunity for hearing, if any, it is hereby ORDERED that Debtor and Pennsylvania Housing Finance Agency have permission by the Court to enter into the Mortgage Loan Modification Agreement between the parties.

BY THE COURT:

*Patricia M. Mayer*

**Date: March 18, 2021**

HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE