| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-12421-PMM**

LEA  B.  STRICKLER
404 GREEN TERRACE
READING  PA    19601

Petition Filed Date: 04/15/2019
341 Hearing Date: 05/28/2019
Confirmation Date: 08/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $218.00 | | 02/10/2020 | $218.00 | | 03/10/2020 | $218.00 | |
| 04/10/2020 | $218.00 | | 05/11/2020 | $218.00 | | 06/11/2020 | $218.00 | |
| 07/10/2020 | $218.00 | | 08/10/2020 | $218.00 | | 09/11/2020 | $218.00 | |
| 10/13/2020 | $218.00 | | 11/10/2020 | $218.00 | | 12/10/2020 | $218.00 | |
| 01/11/2021 | $218.00 | | 02/10/2021 | $218.00 | | 03/10/2021 | $218.00 | |
| 04/12/2021 | $218.00 | | 05/10/2021 | $218.00 | | | | |

**Total Receipts for the Period:  $3,706.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,764.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,325.00 | $3,325.00 | $0.00 |
| 1 | EDUCATIONAL CREDIT MGMT CORP<br>»»  001 | Unsecured Creditors | $15,163.20 | $0.00 | $15,163.20 |
| 2 | READING AREA WATER AUTHORITY<br>»»  002 | Secured Creditors | $7,805.77 | $1,024.38 | $6,781.39 |
| 3 | FEDERAL LOAN SERVICING<br>»»  003 | Unsecured Creditors | $103,145.94 | $0.00 | $103,145.94 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»»  004 | Unsecured Creditors | $368.60 | $0.00 | $368.60 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $670.97 | $0.00 | $670.97 |
| 6 | PA HOUSING FINANCE AGENCY<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-12421-PMM**

|  | SUMMARY |  |  |
|---|---|---|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,764.00 | Current Monthly Payment: | $218.00 |
| Paid to Claims: | $4,349.38 | Arrearages: | $0.00 |
| Paid to Trustee: | $414.62 | Total Plan Base: | $12,394.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.