UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| LEA B. STRICKLER, | : BANKRUPTCY NO. 19-12421-pmm |
| Debtor | : |
| | : CHAPTER 13 |
| | : |
| | : L.B.R. 9014-3 |
| | : |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| LEA B. STRICKLER and | : |
| SCOTT F. WATERMAN, Trustee | : |
| Respondents | : |

## **O R D E R**

AND NOW, to wit, this _____ day of _____, 2023, upon consideration of the Motion for Relief From the Automatic Stay, it appearing to the Court that no Answer or response has been timely filed, the Motion is hereby granted and the automatic stay is terminated as to the Movant relative to property situate at 404 Green Terrace, Reading, PA 19601.

BY THE COURT:

cc:  Leon P. Haller, Esquire
Via: ECF/CM

Scott F. Waterman, Esquire                    Patricia M. Mayer,
Via: ECF/CM                                   Bankruptcy Judge

United States Trustee
Via: ECF/CM

Joseph L. Quinn, Esquire
Via: ECF/CM

Lea B. Strickler
404 Green Terrace
Reading, PA 19601