UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| LEA B. STRICKLER, | : BANKRUPTCY NO. 19-12421-pmm |
|     Debtor | : |
| | : CHAPTER 13 |
| | : |
| | : L.B.R. 9014-3 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : |
|     Movant | : HEARING:  APRIL 25, 2023 |
| | :               at 10:00 A.M. |
| vs. | :               The Gateway Building |
| | :               201 Penn Street, 4th Floor |
| LEA B. STRICKLER and | :               Reading, PA |
| SCOTT F. WATERMAN, Trustee | : |
|     Respondents | : |

## CERTIFICATE OF SERVICE

    I, Leon P. Haller, attorney for Movant, Pennsylvania Housing Finance Agency, do hereby certify that a true and correct copy of the Motion for Relief From the Automatic Stay, Notice of Motion/Response Deadline and Hearing Date, proposed Order and Certificate of Service have been served this 29th day of March, 2023 by first class mail, postage prepaid and via electronic notification, upon those listed below:

Debtor:                Lea B. Strickler
                          404 Green Terrace
                          Reading, PA  19601

Trustee:              Scott F. Waterman, Esquire
                          Via:  ECF/CM

Debtor's Counsel:    Joseph L. Quinn, Esquire
                          Via:  ECF/CM

                          United States Trustee
                          Via:  ECF/CM

                                                          /s/Leon P. Haller
Dated:  March 29, 2023                            Attorney for Movant