United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-12421-pmm

Lea B. Strickler     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lea B. Strickler, 404 Green Terrace, Reading, PA 19601-2884 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Apr 25 2023 23:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 25 2023 23:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Lea B. Strickler CourtNotices@rqplaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | |

District/off: 0313-4 | User: admin | Page 2 of 2

Date Rcvd: Apr 25, 2023 | Form ID: pdf900 | Total Noticed: 3

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

ROLANDO RAMOS-CARDONA
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

Scott F Waterman
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lea B. Strickler, | : | Chapter 13 |
| | : | |
| | : | Case No. 19-12421 (PMM) |
| | : | |
| Debtor. | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. #58), seeking relief pursuant to 11 U.S.C. §362 and the Objection thereto (doc. #60);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **May 25, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date: 4/25/23

*Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE