UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LEA B. STRICKLER,
    Debtor

: BANKRUPTCY NO. 19-12421-pmm

: CHAPTER 13

: L.B.R. 9014-3

PENNSYLVANIA HOUSING FINANCE AGENCY
    Movant

vs.

LEA B. STRICKLER and
SCOTT F. WATERMAN, Trustee
    Respondents

: HEARING:  JULY 18, 2023
:               at 10:00 A.M.
:               The Gateway Building
:               201 Penn Street, 4th Floor
:               Reading, PA

## **P R A E C I P E**

Please reschedule the above case for final hearing.

PURCELL, KRUG & HALLER

By: /s/Leon P. Haller
Leon P. Haller
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178
Attorney ID #15700
Attorney for Movant
lhaller@pkh.com

Dated: June 27, 2023