*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lea B. Strickler
    Debtor(s)

Case No: 19−12421−pmm

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Praecipe to Re−list Motion for Relief from the Automatic Stay

    on: 7/18/23

    at: 10:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  6/28/23

Timothy B. McGrath
Clerk of Court

66 − 64
Form 167