UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| LEA B. STRICKLER, | : BANKRUPTCY NO. 19-12421-pmm |
|     Debtor | : |
| | : CHAPTER 13 |
| | : |
| | : L.B.R. 9014-3 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : |
|     Movant | : HEARING:  JULY 18, 2023 |
| | :  at 10:00 A.M. |
| vs. | :  The Gateway Building |
| | :  201 Penn Street, 4th Floor |
| LEA B. STRICKLER and | :  Reading, PA |
| SCOTT F. WATERMAN, Trustee | : |
|     Respondents | : |

## WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

Leon P. Haller, Attorney for Movant hereby withdraws the Motion For Relief From Stay filed March 29, 2023, to docket number 58 in the above case.

PURCELL, KRUG & HALLER

By: /s/Leon P. Haller
    Leon P. Haller, Attorney for Movant
    1719 North Front Street
    Harrisburg, PA  17102-2392
    (717)234-4178
    (717) 234-0409 (fax)
    lhaller@pkh.com
    Attorney ID #15700

Dated:  July 13, 2023