| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-12421-PMM**

LEA  B.  STRICKLER                                  Petition Filed Date: 04/15/2019
404 GREEN TERRACE                                   341 Hearing Date: 05/28/2019
READING  PA    19601                                Confirmation Date: 08/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $218.00 | | 09/07/2022 | $218.00 | | 11/07/2022 | $218.00 | |
| 12/07/2022 | $218.00 | | 01/06/2023 | $218.00 | | 02/09/2023 | $218.00 | |
| 03/07/2023 | $218.00 | | 04/05/2023 | $218.00 | | 07/07/2023 | $218.99 | |

**Total Receipts for the Period: $1,962.99    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,106.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,325.00 | $3,325.00 | $0.00 |
| 1 | EDUCATIONAL CREDIT MGMT CORP  »» 001 | Unsecured Creditors | $15,163.20 | $0.00 | $15,163.20 |
| 2 | READING AREA WATER AUTHORITY  »» 002 | Secured Creditors | $7,805.77 | $5,726.28 | $2,079.49 |
| 3 | US DEPARTMENT OF EDUCATION  »» 003 | Unsecured Creditors | $103,145.94 | $0.00 | $103,145.94 |
| 4 | PINNACLE CREDIT SERVICES LLC  »» 004 | Unsecured Creditors | $368.60 | $0.00 | $368.60 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES  »» 005 | Unsecured Creditors | $670.97 | $0.00 | $670.97 |
| 6 | PA HOUSING FINANCE AGENCY  »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-12421-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $10,106.99 | Current Monthly Payment: | $218.00 |
| Paid to Claims: | $9,051.28 | Arrearages: | $325.01 |
| Paid to Trustee: | $857.33 | Total Plan Base: | $12,394.00 |
| Funds on Hand: | $198.38 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.