United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 19-12421-pmm
Lea B. Strickler    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 3
Date Rcvd: Apr 18, 2024    Form ID: pdf900    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lea B. Strickler, 404 Green Terrace, Reading, PA 19601-2884 |
| 14307928 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14357724 | + | PA Housing Finance Agency, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14769222 | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., 1719 North Front Street, Harrisburg, PA 17102-2305 |
| 14307934 | + | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |
| 14420788 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14345210 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 19 2024 00:09:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 19 2024 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14307923 | + | Email/Text: bncnotifications@pheaa.org | Apr 19 2024 00:09:00 | Aes/pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14307924 | + | Email/PDF: bncnotices@becket-lee.com | Apr 19 2024 00:28:24 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14307925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:29:12 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14307926 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 19 2024 00:10:00 | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 14351068 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 19 2024 00:09:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14307927 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 19 2024 00:09:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14307929 | ^ | MEBN | Apr 18 2024 23:59:09 | KML Law Group, Suite 6000 BNY Mellon Ind. Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14307930 | + | Email/Text: Bankruptcies@nragroup.com | Apr 19 2024 00:10:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14321756 | + | Email/Text: bncnotifications@pheaa.org | Apr 19 2024 00:09:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14307931 | + | Email/Text: blegal@phfa.org | Apr 19 2024 00:09:00 | PHFA, 211 N. Front Street, PO Box 15530, Harrisburg, PA 17105-5530 |
| 14346268 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 00:12:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14358565 | + | Email/Text: blegal@phfa.org | Apr 19 2024 00:09:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14346192 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:12:35 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14307932 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:28:23 | Pinnacle Credit Services, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14307933 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 00:28:37 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14307935 | | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2024 00:28:18 | T-Mobile, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14759434 | + | Email/Text: EBN@edfinancial.com | Apr 19 2024 00:08:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14769078 | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14334678 | *+ | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

**Name**                **Email Address**

JOSEPH L QUINN
on behalf of Debtor Lea B. Strickler CourtNotices@rqplaw.com

KEVIN G. MCDONALD
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

LEON P. HALLER
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 26

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    LEA B. STRICKLER

Chapter 13

Bankruptcy No. 19-12421-PMM

Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 18, 2024**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE